**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888) 822-4340

Attorney for Alan W. Faigin, Appellant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| In re | Case No.:   SACV 10-00062 DOC |
| Fremont General Corporation, | Bankruptcy No.: 8:08-13421 ES |
| Debtor. | **STIPULATION RE DISMISSAL OF APPEAL** |
| Alan W. Faigin, | No Hearing Required |
| Appellant, | |
| vs. | |
| Fremont General Corporation, | |
| Appellee. | |

Alan W. Faigin ("Appellant"), Fremont General Corporation ("Appellee") and interested party Fremont Reorganizing Corporation herein stipulate and request the Court's approval of the following agreement to dismiss the above captioned bankruptcy appeal pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) as follows:

1.    On January 6, 2010 Appellant filed his Notice of Appeal of the Bankruptcy Court's order denying relief from stay.  On February 23, 2010, the Court filed its Notice re: Bankruptcy Record Complete, Briefing Schedule and Notice of Entry setting an opening brief filing deadline of March 10, 2010.

2.    Due to changed circumstances arising between the Appellant's filing of his Notice of Appeal and the present, Appellant desires to dismiss his appeal.

3.      Based on the foregoing, the parties stipulate to the dismissal of the above captioned appeal, each party bearing their own costs for the matter.

Wherefore, the parties below request that the clerk enter the dismissal of this appeal pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

Dated:  March 4, 2010

**Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Appellant

Dated:  March 4, 2010

**Patton Boggs LLP**
**Kristen N. Beall**


By: *Krista N. Beall*
Kristen N. Beall
Attorney for Appellee

Dated:  March 4, 2010

**Bate, Peterson, Deacon, Zinn &**
**Young LLP**
**Linda Van Winkle Deacon**


By:
Linda Van Winkle Deacon
Attorney for Fremont Reorganizing
Corporation

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Lewis R. Landau, Attorney at Law (SBN 143391)
23564 Calabasas Road, Suite 104
Calabasas, CA 91302
Voice & Fax:(888)822-4340 Email: Lew@Landaunet.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re Fremont General Corporation, Debtor
Alan W. Faigin,
    Appellant
               **v.**
Fremont General Corporation,

    Appellee

~~PLAINTIFF(S),~~

~~DEFENDANT(S).~~

**CASE NUMBER**

SACV 10-00062 DOC

**PROOF OF SERVICE - ACKNOWLEDGMENT
OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
Los Angeles , State of California, and not a
party to the above-entitled cause. On March 10 , 20 10 , I served a true copy of
STIPULATION RE DISMISSAL OF APPEAL
by ~~personally~~ delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served.  Attach additional pages if necessary.)

Place of Mailing: Calabasas, California

Executed on March 10 , 20 10 at Calabasas , California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Lewis R. Landau
**Signature of Person Making Service**

Service List;
Kristen N. Beall
Patton Boggs, LLP
2000 McKinney Ave, Suite 1700
Dallas, TX 75201

Linda Van Winkle Deacon
Bate, Peterson et al.
888 South Figueroa Street, 15th Floor
Los Angeles, CA 90017