JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FREMONT GENERAL CORPORATION,<br><br>    Debtor<br><br>ALAN W. FAIGIN,<br><br>    Appellant,<br><br>    v.<br><br>FREMONT GENERAL CORPORATION<br><br>    Appellee. | CASE NO. SACV10-0062 DOC<br><br>ORDER DISMISSING CIVIL ACTION |

The Parties having filed a Stipulation re. Dismissal of Appeal, **IT IS ORDERED** that the above-captioned matter, is dismissed in its entirety, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2).

DATED: <u>March 22, 2010</u>

                                                  DAVID O. CARTER
                                                United States District Judge